IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Atlanta

MAR 2 9 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:07-CR-088 |
| MICHAEL JEROME SIMMONS | : | |

The below-named law school intern has my approval to appear on behalf of the United States of America in this proceeding.

This 29th day of March, 2007.

_____
DAVID E. NAHMIAS
UNITED STATES ATTORNEY


INTERN: Michael Welsh

LAW SCHOOL: Georgia State University

SUPERVISING ASSISTANT
UNITED STATES ATTORNEY: Bernita Malloy


The above-named law school intern is hereby permitted to appear before me in this proceeding.

This 29 day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE/MAGISTRATE